GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
MARIO GONZALEZ-SOTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-315-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND (PROPOSED) |
| | ) | ORDER VACATING DATE, |
| vs. | ) | CONTINUING CASE AND |
| | ) | EXCLUDING TIME |
| MARIO GONZALEZ-SOTO, | ) | |
| | ) | Date : 12/13/13 |
| Defendant | ) | Time : 9:00 a.m. |
| | ) | Court : Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by Defendant Mario González-Soto, through his counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Nirav K. Desai, that the Status Conference scheduled for December 6, 2013, at 9:00 a.m., be vacated and the matter be continued to December 13, 2013, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr., for change of plea and judgment and sentence. This continuance is requested by the parties because of issues that have to be resolved before sentencing.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4, from December 6, 2013, to December 13, 2013, and that the ends of

- 1 -

justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 25, 2013       /s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
MARIO GONZALEZ-SOTO

Dated: November 25, 2013       /s/ Nirav K. Desai

NIRAV K. DESAI
Assistant United States Attorney

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from December 6, 2013, up to and including the new Status Conference, December 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time to prepare).

It is further ordered that the December 6, 2013, Status Conference is vacated and shall be continued until December 13, 2013, at 9:00 a.m.

Dated: November 26, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge